In the Matter of ROBERT G. FUREY, as Administrator of the Estate of MARY McKAY, Deceased, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission et al., Respondents.

(Argued November 19, 1934; decided December 4, 1934.)

*Francis H. Warland, Joseph F. McCloy, M. Francis Bravman* and *Walter J. Egan* for appellant.

*John J. Bennett, Jr., Attorney-General (Seth T. Cole* and *Margaret Duncan* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.